No. 386. GARRITY ET AL. *v.* NEW JERSEY. Appeal from Sup. Ct. N. J. Further consideration of the question of jurisdiction postponed to the hearing of the case on the merits. *Daniel L. O'Connor* for appellants. *Norman Heine* and *James G. Aiken* for appellee.

No. 954. WATKINS *v.* CONWAY. Appeal from Sup. Ct. Ga. Probable jurisdiction noted. *Emmet J. Bondurant II* for appellant.

No. 642. GILES ET AL. *v.* MARYLAND. Ct. App. Md. Certiorari granted. *Joseph Forer* and *Hal Witt* for petitioners. *Thomas B. Finan,* Attorney General of Maryland, and *Donald Needle,* Assistant Attorney General, for respondent.

No. 898. IMMIGRATION AND NATURALIZATION SERVICE *v.* ERRICO. C. A. 9th Cir. Certiorari granted. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for petitioner. *Edwin J. Peterson* for respondent.

No. 1007, Misc. SCOTT, AKA PLUMMER *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket and set for oral argument immediately following No. 898. *Edward Q. Carr, Jr.,* for petitioner. *Solicitor General Marshall* for respondent.